
RECEIVED
IN MONROE, LA.
JUN 28 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| CHARLES TAYLOR<br>LA. DOC # 229964 | CIVIL ACTION NO. 3:11-cv-0323 |
| VERSUS | SECTION P |
| OWNER, LOUISIANA CORRECTIONAL<br>SERVICE, INC. | JUDGE ROBERT G. JAMES<br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling and for those reasons set forth in the Report and Recommendation [Doc. No. 9] of the Magistrate Judge, which has been adopted by this Court,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(I) and (ii).

IT IS FURTHER ORDERED that, to the extent that Plaintiff's Written Objection [Doc. No. 10] can be construed as a motion for appointment of counsel, his motion is DENIED.

MONROE, LOUISIANA, this 28 day of June, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE